# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>PHILIP J. GREGORY,<br><br>                Defendant. | 8:18CR139<br><br>**ORDER** |

This matter is before the Court on defendant Philip J. Gregory's unopposed Motion to Extend Self-Surrender Date (Filing No. 56).

IT IS ORDERED:

1. Defendant Philip J. Gregory's Motion to Extend Self-Surrender Date (Filing No. 56) is granted;

2. Defendant shall report no later than 2:00 p.m. on Monday, September 16, 2019, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 11th day of July 2019.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
United States District Judge